Joshua Osmun Kennedy
Federal Detention Center--SeaTac
P.O. Box 13900
Seattle, WA 98198


The Honorable Richard A. Jones
United States Courthouse
700 Stewart Street
Seattle, WA 98101

Dear Judge Jones:

I want to take this opportunity to accept responsibility for the crime I committed. I viewed and downloaded images of child pornography. I am horrified by my actions, which will shadow me for the rest of my life.

I have had nearly six months in jail to reflect, to blame, to ask "what if?" and, finally, to take responsibility for my incarceration. I feel sick with shame and disgust for what I did. I promise you, the anger and loathing I feel for myself is as much punishment as my time in prison.

The three years leading up to my arrest saw my drug use increase and my pornography habits followed suit. This led to me viewing child pornography. I felt horrible self-loathing every time I did this, but the loathing almost worked as another narcotic. There was comfort in my pain. This stimulation, when paired with cocaine, morphine, and alcohol conglomerated into the perfect storm leading to further aberrant behavior. During these intervals when I was using drugs and pornography, I was checked out of the real world, and I had totally lost control.

I look back on my behavior and wonder, "how in the world could I have done that? Why didn't I get help?" I cannot logically answer that question. All I can say is that I am addicted to sex, pornography, narcotics, and alcohol and I was in denial.

I am not a pedophile. I have never physically hurt anyone, nor have I ever thought of or desired to hurt anyone. When my father died when I was eight, I learned to compartmentalize my pain. my drug and pornography binges did not spill over into my life. I kept my shame, my binges, hidden from everyone. Every time I fell into a binge, I would swear that it was my last, but I never looked for help. I was under the delusion that I could do it on my own. I did not want to admit the obvious severity of my problem, nor did I want to make the lifestyle changes that come along with being sober and mentally healthy.

I am in no way justifying my actions. I fully support all of the laws that protect children. I am horrified that I helped perpetuate a market for child abuse. I feel horrible for what was done to these kids. There is no doubt that I deserve punishment.

Why did I go to trial? I went to trial because I did not want my life to be ruined. I went to trial

because I did not want to be branded as a sex offender for the rest of my life. I went to trial because I did not want to ruin my good name. I did not want to lose friends and possibly my girlfriend. I didn't want to lose every penny I have, plus future earnings. I did not want to lose a career I love. I went to trial because a conviction of this nature makes having a family very difficult. In essence, I didn't want everything I have done, loved, and worked for in my life to be lost.

Your honor, the last six months in prison have been the worst in my life. There isn't anything on Earth I want more than to be out of here, living free. I have a new, very deep appreciation for freedom. This has been a horrific experience; each day has brought new pain.

But through this experience, deep inside the pain, there are positives that, in the long run, may outweigh the negatives.

I needed to be locked up in some capacity. I should have checked myself into a sex and drug rehab before my problem reached this pinnacle. I did not do that, so I am locked in jail. My addictions were severe enough that I needed to be taken out of my environment. I am humbly aware of the seriousness of my problems and the depth of my denial.

I have used my time in here to ask myself some hard questions. In answering these questions, I have found hope and the road to a positive future. I know that my addictions to sex, pornography, and drugs were spiraling out of control. I know that I was powerless to stop those addictions on my own. I have a hard road of rehabilitation ahead. And if I want to stay sober and happy, I will have to re-prioritize my life and change my social circle.

Your honor, I ask that you recognize that the cumulative punishments for my crime reach beyond the walls of prison. I will be paying for this crime for the rest of my life. Prison has served its purpose for me. It has served as a severe punishment and a beginning for rehabilitation.

I know that I will be able to completely rehabilitate my life. I am looking forward to working the twelve steps. I will have the opportunity to live the life I should have been living. I will come out the other side of this ordeal a better person, a more productive worker, a better member of society, and a better partner to my girlfriend Sadie. I have put my family and friends through hell. I owe it to them, myself, and my God to live the best life I can live.

Failure is not an option for me. I am going to live a life I can be proud of. This isn't just a promise to the Court; it is my only path to health and happiness. Even though I have made horrible mistakes, I deserve a second chance. Thank you for taking the time to consider this letter.

Sincerely,


Joshua Kennedy