HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

"AMY",

                    Plaintiff,

        v.

JOSHUA OSMUN KENNEDY

                    Defendant.

**CONSOLIDATED**

LEAD CASE NO. C13-17 RAJ

MEMBER CASE NO. C13-762 RAJ

ORDER

Defendant Joshua Kennedy moves the court for an order consolidating *Vicky v. Kennedy*, Case No. C13-762 RAJ with this case.  Dkt. # 49.  Plaintiff "Amy"[1] consents to consolidating the two cases for pretrial purposes, but opposes consolidation for purposes of trial.  Vicky received notice of the motion for consolidation, and joined in Amy's response.  Case No. C13-762 RAJ, Dkt. ## 27-28.

Amy and Vicky seek damages for personal injury arising from Kennedy's transportation of images of child pornography depicting Amy and Vicky.  They both allege claims for violation of 18 U.S.C. §§ 2252A and 2255.  Vicky also alleges claims for intrusion into private affairs and intentional infliction of emotional distress.  Both

---

[1] "Amy" and "Vicky" are pseudonyms for victims depicted in child pornography images.

1  cases arise out of defendant's prior felony criminal conviction of transportation of child

2  pornography.

3      The court finds consolidation appropriate, because the cases present common

4  questions of law and fact, and because the court can more efficiently manage them as a

5  single proceeding.  Fed. R. Civ. P. 42(a).  The court accordingly directs the clerk to

6  CONSOLIDATE these cases, designating this case as the lead case and the related case

7  as the member case.  The court directs the clerk to place a copy of this order on the

8  docket of the member case.  After that, no party shall make *any* filing in the member case

9  unless the court specifically directs them to do so.  All filings shall be made in the lead

10  case, and all filings shall bear the same caption as this order.  If Amy or Vicky believes

11  that the trial should be bifurcated after discovery and resolution of any summary

12  judgment motions, they may file a motion to bifurcate the trial.

13      Dated this 8th day of October, 2013.

14

15

16

17      The Honorable Richard A. Jones
        United States District Judge

18

19

20

21

22

23

24

25

26

27

ORDER - 2