HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| "AMY",<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JOSHUA OSMUN KENNEDY<br><br>　　　　　　Defendant. | **CONSOLIDATED**<br><br>LEAD CASE NO. C13-17 RAJ<br><br>MEMBER CASE NO. C13-762 RAJ<br><br>ORDER TO SHOW CAUSE |

　　　Upon reading the complaint, motions for prejudgment writ of attachment, supporting affidavits, and the record herein, it appears to the satisfaction of the court that this is a proper case for prejudgment Writ of Attachment.  Accordingly, the court ORDERS defendant Joshua Osmun Kennedy to appear before this court at 700 Stewart Street, 13th Floor, Seattle WA  98101, on Tuesday, October 29, 2013, at 2:00 p.m. to SHOW CAUSE why a Writ of Attachment should not be issued, attaching the following real and personal properties located at 5520 17th Ave NE, Seattle, WA 98105-3417 (Tax Parcel ID No. 861580-0400-09) and a houseboat and lot located at 3236 ½ Portage Bay Pl. E., Seattle, WA 98102 (Tax Parcel Nos. #B3-4200-069589-04 & 408880-1450-03). Defendant is ORDERED not to take any action or inaction with respect to the listed properties that would affect his interests in these properties.

ORDER TO SHOW CAUSE- 1

1      Dated this 25th day of October, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SHOW CAUSE- 2