HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| "Amy" and "Vicky", | CONSOLIDATED |
| Plaintiffs, | LEAD CASE NO. C13-17 RAJ |
| v. | MEMBER CASE NO. C13-762 RAJ |
| Joshua Osmun Kennedy, | DECLARATION OF JENNIFER FREEMAN |
| | **NOTE ON MOTION CALENDAR**: |
| Defendant. | July 25, 2014 |
| | WITHOUT ORAL ARGUMENT |

Jennifer Freeman hereby declares the following to be true and correct under penalty of perjury:

Declaration of Jennifer Freeman
In Support of Plaintiff's Motion to Compel - 1

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA 98121
(206) 441-1980 Phone
(206) 441-5803 Fax

1        1.      My firm, Freeman Lewis LLP, is co-counsel to Plaintiff "Amy" in this action ("Amy" or Plaintiff") along with the Marsha Law Firm and the Law Office of Jo-Hanna Read. I am an attorney admitted to practice in the State of New York and a partner in Freeman Lewis LLP, and I am admitted *pro hac vice* in this case. I submit this Declaration in support of Amy's motion to compel discovery and a privilege log from Defendant Kennedy and his criminal defense lawyers Suzanne Elliott and Gilbert Levy.

2.      The underlying action seeks civil damages under 18 U.S.C. §§ 2252A and 2255 against defendant Kennedy for his criminal possession and transportation of images of plaintiff Amy (as well as Plaintiff Vicky) being sexually abused as children.

3.      Defendant was tried and convicted of child pornography offenses in this Court. That conviction was affirmed by the Ninth Circuit.

4.      On May 22, 2013, pursuant to Rule 26, Defendant produced documents, consisting of ten discs which he said represented those documents produced to Defendant by the government in the criminal case. However, one of those discs was blank and several of the files were encrypted. Despite repeated requests by Plaintiff, Defendant has not produced the tenth disc with content or explained why the disc is blank. Nor has he provided the encryption password or explained why it cannot be provided.

5.      On January 3, 2014, Amy served her First Request for Production of Documents (Exhibit 1) and First Set of Interrogatories (Exhibit 2).

6.      On February 19, 2014, Defendant served objections, but did not produce any documents or answer any interrogatories. (Exhibits 3 and 4).

Declaration of Jennifer Freeman
In Support of Plaintiff's Motion to Compel - 2

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA 98121
(206) 441-1980 Phone
(206) 441-5803 Fax

1        7.     In early May 2014, in an effort to obtain at least some of the documents which

2  Defendant Kennedy had not produced, Plaintiff served *subpoenae duces tecum* on Defendant's

3  criminal defense counsel, Suzanne Elliott and Gilbert Levy respectively.  (Exhibits 5 and 6).

4        8.     On May 15, 2014, Ms. Elliott served a general objection to the subpoena and a

5  Memorandum in support of objection to subpoena, but produced no documents.  (Exhibit 7).

6        9.     On May 16, 2014, Mr. Levy served general objections to the subpoena, but

7  produced no documents.  (Exhibit 8).

8        10.    On June 2, 2014, my partner Robert Y.  Lewis and I sent a letter to defenses

9  counsel for Kennedy in both the civil and criminal cases, pointing out deficiencies in their

10  objections, and seeking production of documents, answers to interrogatories, and privilege logs.

11  (Exhibit 9).

12        11.    On June 9, 2014, counsel for Plaintiff Amy and Plaintiff Vicky, Kenneth Hart

13  (representing Defendant Kennedy in the civil case), Ms. Elliott, and Mr. Levy participated in a

14  Rule 27 "meet and confer" Teleconference.  We were able to resolve some, but not all disputes.

15        12.    In the Teleconference, Plaintiffs' counsel discussed with Mr. Hart each request

16  for production and interrogatory and Defendant's objections.  At the end of the Teleconference,

17  Mr. Hart said that he would produce additional responses and some documents by June 20.

18        13.    In the Teleconference, Ms. Elliot said that applicable ethical rules prohibit her

19  from producing any responsive documents, and she would not do so without court order.  Since

20  that time, counsel have communicated by email about her objections, but have not resolved the

21  dispute.

22        14.    In the Teleconference, Mr. Levy said that he would produce trial exhibits,

Declaration of Jennifer Freeman
In Support of Plaintiff's Motion to Compel - 3

**LAW OFFICE OF**
**JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980 Phone
(206) 441-5803 Fax

1  including those marked but not introduced (one of the categories of documents sought in that

2  subpoena), if he had them.  Despite subsequent requests to Mr. Levy as to whether he had the

3  exhibits and would produce them, as of 1:30 p.m. this afternoon (Pacific time), Mr. Levy has not

4  yet told us whether he possesses the exhibits or will produce them.

5        15.    I am advised that, on or about June 12, 2014 and perhaps on other occasions,

6  counsel for Plaintiff Vicky communicated with AUSA Kate Crisham to attempt to obtain at least

7  some of the discovery information that opposing counsel had not provided.  Ms. Crisham said

8  that she was not in a position to assist at that time and would seek to obtain further instruction

9  from applicable officials.  She also noted that she didn't understand why Defendant was not able

10 to stipulate regarding any needed facts.

11       16.    On June 20, 2014, Defendant served additional responses to Plaintiff's Requests

12 for Production and Interrogatories and produced some documents.  (Exhibits 10 and 11).  The

13 additional responses and documents resolved some, but not all of the disputes.  Defendant also

14 served additional written Rule 26 Initial Disclosures.

15       17.    As more fully detailed in Plaintiff Amy's accompanying motion to compel,

16 Defendant has failed, without explanation, to produce disc # 10 with contents or encryption code

17 for several files on the other nine discs produced, failed to produce or direct defense counsel to

18 produce basic documents relevant to this matter such as trial exhibits, claimed attorney-client and

19 work-product privilege without providing a privilege log, refused to provide information

20 regarding his counterclaim, and otherwise failed to comply with discovery requests.

21       18.    On June 27, 2014, Plaintiff Vicky took Defendant's deposition; Amy also asked

22 questions.  Plaintiff Vicky inquired after some of the same or related information that was sought

Declaration of Jennifer Freeman
In Support of Plaintiff's Motion to Compel - 4

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980 Phone
(206) 441-5803 Fax

1   by Amy's discovery requests.  Defendant refused to answer many questions on 5th Amendment

2   grounds and based on assertion of his desire to protect his "privacy".  For example, Defendant

3   refused to say whether or not he believed he had injured Plaintiffs, refused to identify

4   information relevant to his counterclaim against Amy (such as where he had lived), and refused

5   to provide asset information.  (*See* Letter from Carol Hepburn to Kenneth Hart, Exhibit 12).

6        19.   On July 1, 2014, Plaintiff Vicky emailed a letter to Defendant asking, among

7   other things, for Defendant to reconsider his refusals to answer, including his failure to respond

8   to similar topics he ignored in his discovery responses.  (Exhibit 12).  I understand that Plaintiff

9   Vicky is moving to compel Defendant to provide answers.

10       20.   As the prosecutor pointed out in an April 21, 2010 hearing in the criminal case,

11  there is reason to believe Defendant has been trying to dissipate assets since his arrest to shield

12  them from any judgment.  In that hearing, the Court found that Kennedy displayed a "lack of

13  candor ... regarding his true financial picture."  (Exhibit 13 p. 49 lns. 1-2).

14       21.   On July 7, 2014, Mr. Levy emailed Amy's counsel to advise that he had located

15  what appeared to be expert reports furnished by the Government which would not be privileged

16  but he needed to send these documents to Defendant Kennedy's attorneys to see if they object.

17  He also said that he would need a court order to produce expert reports from defense experts.

18  (Exhibit 14).

19       22.   Today is the last day for discovery, including the last day on which to move to

20  compel discovery.

21       WHEREFORE, based on the evidence in this Declaration, the exhibits, and the

22  accompanying documents, and for the reasons set forth herein and in the Motion, I believe there

Declaration of Jennifer Freeman
In Support of Plaintiff's Motion to Compel - 5

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980 Phone
(206) 441-5803 Fax

1  is more than a sufficient basis for concluding that the discovery responses provided by Defendant

2  and defense counsel Suzanne Elliot and Gilbert Levy are insufficient, and we ask this Court to

3  order compliance with the discovery requests, production of a privilege log, payment of costs

4  and attorneys' fees, and for such other relief as is just and proper.

5

6  Dated:  July 7, 2014

7                                                                            /s/Jennifer Freeman
8                                                                            Jennifer Freeman
9

Declaration of Jennifer Freeman
In Support of Plaintiff's Motion to Compel - 6

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980 Phone
(206) 441-5803 Fax

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |
| 3 | I certify that a true and correct copy of the foregoing Declaration has been served on counsel of record through the Court's CM/ECF filing system. |
| 4 | |
| 5 | Dated: July 7, 2014. |
| 6 | |
| 7 | |
| 8 |    /s/Jennifer Freeman_ |
| 9 | Jennifer Freeman |
| 10 | |

Declaration of Jennifer Freeman
In Support of Plaintiff's Motion to Compel - 7

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980 Phone
(206) 441-5803 Fax