HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| "Amy" and "Vicky",<br><br>  Plaintiffs,<br>v.<br><br>Joshua Osmun Kennedy,<br><br>  Defendant. | CONSOLIDATED<br>LEAD CASE NO. C13-17 RAJ<br>MEMBER CASE NO. C13-762 RAJ<br><br>**DECLARATION OF JENNIFER FREEMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR**:<br>August 29, 2014<br><br>WITHOUT ORAL ARGUMENT |

Jennifer Freeman, duly sworn, deposes and says,

1. I am an attorney admitted to practice law in the State of New York and admitted *pro hac vice* to this Court. I submit this Declaration in support of Plaintiff Amy and Vicky's motion for partial summary judgment in this case.

---

Declaration of Jennifer Freeman in support of
Plaintiffs' Motion for Partial Summary Judgment - 1

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA 98121
(206) 441-1980
(206) 441-5803 Fax

2. Attached as Exhibit 1 is the Indictment of the individual who initially sexually abused Amy, photographed that abuse and distributed it. The Indictment has been redacted to protect Amy's identity.

3. Attached as Exhibit 2 is a true and correct copy of the plea agreement of the defendant whose indictment is attached as Exhibit 1. The plea agreement has been redacted to protect Amy's identity.

4. Attached as Exhibit 3 is a true and correct copy of the forensic psychological report submitted by Joyanna Silberg PhD. in connect with Amy's Restitution Request.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the transcript of Mr. Kennedy's criminal trial.

6. Attached as Exhibit 5 are true and correct copies of (a) the subpoena dated July 1, 2014 that I issued to the National Center for Missing and Exploited Children ("NCMEC") and (b) NCMEC's response to the subpoena. The subpoena sought that portion of NCMEC's Child Victim Identification Program report regarding Mr. Kennedy and Amy's child sex abuse images, known as the Misty Series. *See United States v. Kennedy*, 643 F.3d 1251, 1254 n. 8 (9th Cir. 2011) ("The Child Victim Identification Program at the National Center for Missing & Exploited Children ("NCMEC") assists law enforcement in identifying the victims of child pornography. When a law enforcement agency submits copies of seized images, NCMEC returns a report identifying the child victims depicted in them."); http://www.missingkids.com/CVIP.

7. Attached as Exhibit 6 is a true and correct copy of a letter Mr. Kennedy submitted to this Court in connection with his sentencing.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the transcript of Mr. Kennedy's sentencing.

Declaration of Jennifer Freeman in support of
Plaintiffs' Motion for Partial Summary Judgment - 2

**LAW OFFICE OF JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA 98121
(206) 441-1980
(206) 441-5803 Fax

9. Attached as Exhibit 8 is a true and correct copy of the Amended Judgment in Mr. Kennedy's criminal prosecution.

10. Attached as Exhibit 9 is a true and correct copy of Amy's Restitution Request, without exhibits, submitted regarding Mr. Kennedy.  Amy's Victim Impact Statement, which was an exhibit to the request, is attached as an exhibit to Amy's Declaration filed with her motion this motion for partial summary judgment; Amy's forensic psychological report is attached hereto as Exhibit 3, and her report on damages is attached as the next Exhibit.

11. Attached as Exhibit 10 is a true and correct copy of Amy's report on damages submitted with her restitution request.

12. Attached as Exhibit 11 are true and correct copies of forensic psychological reports from Dr. Silberg submitted by Amy in connection with Amy's restitution requests which were dated after the request she submitted regarding Mr. Kennedy.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the hearing before this Court regarding Amy and Vicky's restitution requests to Mr. Kennedy.

14. Attached as Exhibit 13 is a true and correct copy of excerpts of the transcript of Mr. Kennedy's deposition.

15. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE Plaintiff Amy requests that the Court grant her motion for partial summary and such other relief as may be just and proper.

Dated:  August 5, 2014

/s/ Jennifer Freeman
Jennifer Freeman

Declaration of Jennifer Freeman in support of
Plaintiffs' Motion for Partial Summary Judgment - 3

LAW OFFICE OF
JO-HANNA READ
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax