EXHIBIT C

  

The National Center for Missing & Exploited Children is a national clearinghouse that gathers information about missing and sexually exploited children for law enforcement use. NCMEC neither investigates nor vouches for the accuracy of the information reported to itself. NCMEC forwards all information unedited to law enforcement for investigation and disposition pursuant to its congressional mandate to act as a clearinghouse.

# ECD Technical Assistance Request

## Request Information

| | |
|---|---|
| Report ID: | 29444 |
| Request Date: | 5/7/2008 11:21:08 |
| External Request? | Yes |
| Case # | SE07QE08SE0007 |

## Requestor Information

| | |
|---|---|
| Requestor Name: | Special Agent Denise Halvorson |
| Agency | DHS Immigration and Customs Enforcement     Type? Fed |
| Phone: | 206-553-0338 |
| Extension: | |
| Fax: | |
| Email Address: | denise.r.halvorson@dhs.gov |
| Address: | 1000 2nd Avenue, Suite 2300 |
| City: | Seattle |
| State: | WA |
| Zip: | 98104 |
| Country: | United States |

## Suspect Information

| | |
|---|---|
| Suspect Name: | Joshua Kennedy |
| Last Known Country: | United States |

## Searches

| | |
|---|---|
| CyberTip Search | Yes |
| Public Records Search | No |
| Identified Series Request | Yes |
| ISP Contact Needed | No |
| Internet Searches? | No |
| New Child? | No |
| Seen Before Report? | No |
| Internet Search Notes: | |

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for the purpose of a law enforcement investigation into possible criminal behavior. Under no circumstances should the contents of this Report be shared with persons outside the criminal investigation or utilized for any purpose other than a criminal investigation.

 

# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children. It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC TA **Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.</u>
Based on the demands placed on series' point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2008. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

▆▆▆▆▆▆

| TA Report #: | 29444 |
|---|---|
| # of Image Files Identified: | 1062 |
| # of Video Files Identified: | 0 |
| Total # of Series Identified: | 71 |



Vicky

▆ 2008. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 29444 |
| **Series:** | Vicky |
| **Agency:** | Richland Police Department |
| **Investigator** | Detective Roy Shepherd |
| **Phone:** | 509-942-7356 |
| **State:** | WA |
| **Country:** | United States |
| **Email:** | RShepherd@CI.RICHLAND.WA.US |
| **Preferred Method of Contact:** | Email |

**Victim Notification:**
*As of 05/12/2008, this series requires victim notification in accordance with the Crime Victims' Rights Act, 18 U.S.C.§ 3771. Please contact the FBI's Office for Victim Assistance Child Pornography Victim Notification Program (CPVNP) via email cpvnp@ic.fbi.gov or phone 1-877-236-8947.

**Victim Impact Statement:**
*NCMEC was informed that there is a Victim Impact Statement on file for this series. Contact the Department of Justice's Child Exploitation and Obscenity Section (CEOS) for further details at 202-514-5780. Please note that some series contain multiple children. Consult with CEOS to ensure you receive the appropriate victim impact statement for the child in question.

**Files found:**
/unallocated/images jpg/0329.jpg
/unallocated/images jpg/0334.jpg
/unallocated/images jpg/0448.jpg
/unallocated/images jpg/0944.jpg
/unallocated/images jpg/10952.jpg
/unallocated/images jpg/1218.jpg
/unallocated/images jpg/12235.jpg
/unallocated/images jpg/12236.jpg
/unallocated/images jpg/12238.jpg
/unallocated/images jpg/12239.jpg
/unallocated/images jpg/12252.jpg
/unallocated/images jpg/12254.jpg
/unallocated/images jpg/12255.jpg
/unallocated/images jpg/12256.jpg
/unallocated/images jpg/12258.jpg
/unallocated/images jpg/12259.jpg
/unallocated/images jpg/12260.jpg
/unallocated/images jpg/12261.jpg
/unallocated/images jpg/13419.jpg
/unallocated/images jpg/13626.jpg
/unallocated/images jpg/13633.jpg
/unallocated/images jpg/13641.jpg
/unallocated/images jpg/1489.jpg

*Copyright 2008. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.*

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

/unallocated/images jpg/1496.jpg
/unallocated/images jpg/15049.jpg
/unallocated/images jpg/15051.jpg
/unallocated/images jpg/15052.jpg
/unallocated/images jpg/15053.jpg
/unallocated/images jpg/15054.jpg
/unallocated/images jpg/15055.jpg
/unallocated/images jpg/15056.jpg
/unallocated/images jpg/15057.jpg
/unallocated/images jpg/15060.jpg
/unallocated/images jpg/15613.jpg
/unallocated/images jpg/15860.jpg
/unallocated/images jpg/1966.jpg
/unallocated/images jpg/2026.jpg
/unallocated/images jpg/2037.jpg
/unallocated/images jpg/2073.jpg
/unallocated/images jpg/6229.jpg
/unallocated/images jpg/6232.jpg
/unallocated/images jpg/6264.jpg
/unallocated/images jpg/6916.jpg
/unallocated/images jpg/6931.jpg
/unallocated/images jpg/6933.jpg
/unallocated/images jpg/6962.jpg
/unallocated/images jpg/7986.jpg
/unallocated/images jpg/9701.jpg

*Copyright 2008. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*