HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| "Amy" and "Vicky", | CONSOLIDATED |
| Plaintiffs, | LEAD CASE NO. C13-17 RAJ |
| v. | MEMBER CASE NO. C13-762 RAJ |
| Joshua Osmun Kennedy, | DECLARATION OF JENNIFER FREEMAN |
| | **NOTE ON MOTION CALENDAR**: |
| Defendant. | August 22, 2014 |
| | WITHOUT ORAL ARGUMENT |

Jennifer Freeman hereby declares the following to be true and correct under penalty of perjury:

1.  My firm Freeman Lewis LLP is co-counsel to Plaintiff "Amy" in this action ("Amy" or "Plaintiff") along with the Marsh Law Firm and the Law Office

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel  - 1

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax

of Jo-Hanna Read.  I am an attorney admitted to practice in the State of New York and a partner in Freeman Lewis LLP.  I am admitted *pro hac vice* in this case.

2.	I submit this Declaration in support of Amy's and co-Plaintiff "Vicky"'s motion for leave to extend the time to note their motion to compel discovery.

**The Early Proceedings in this Case, including Transfer to this Court, Denial of a Stay, and Issuance of Prejudgment Attachments**

3.	On January 4, 2013, Amy commenced this action seeking civil damages against Kennedy under 18 U.S.C. § 2255 ("Masha's Law") and 18 U.S.C. § 2252A(f) predicated on his possession of images of Amy being raped as a young girl.  (Docket #1).  Vicky subsequently commenced a similar action, and both Plaintiffs moved for prejudgment attachment.  *See* Docket ## 60/68, 2014 WL 793365 (W.D.Wa. February 25, 2014).  On June 7, 2013, the cases were transferred from Judge Robarts to this Court (Docket #48), and on October 8, 2013, this Court consolidated them (Docket # 52) and issued a Minute Order asking the parties whether the case should be stayed pending the Supreme Court's decision in *Paroline*  (Docket # 53).  On November 1, 2013, amended by decision on February 25, 2014, this Court granted Plaintiffs' motions for prejudgment

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel   - 2

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax

attachment and declined to stay these proceedings.  Docket ## 60/68, 2014 WL 793365 (W.D.Wa. February 25, 2014).

4. On March 7, 2014, I received a summary (the "Summary") of the Court's Minute Scheduling Order (the "Scheduling Order") on the Docket which noted the discovery deadline of July 7.  The Summary, attached as Exhibit A, did not state a date for the filing of discovery motions different than set forth in LCR 16(b)(2).

5. The Scheduling Order, to which the Summary referred, set various deadlines, including the date by which discovery motions had to be filed.

**The Motion to Compel Was Filed on July 7, the Discovery Deadline, under a Good Faith, but Erroneous, Belief that It was Timely**

6. Plaintiffs filed their two motions to compel simultaneously on July 7, which was the discovery deadline.  LCR 16(b)(2) provides that "Any motion to compel discovery shall also be filed and served on or before this deadline or as directed by court order."  This was consistent with the Summary of the Court's Scheduling Order which noted the discovery deadline of July 7.  The Summary did not state a date for the filing of discovery motions different than set forth in LCR 16(b)(2).

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel   - 3

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax

7. However, the Court's Scheduling Order, annexed as Exhibit B, diverged from the general local rule, requiring that discovery motions be "noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d)(3)." Since the discovery deadline was July 7, the Court's Scheduling Order required discovery motions to be noted by Friday, July 4, the Friday before the deadline, which would have required filing the motions to compel by June 19.

8. Plaintiffs' counsel concededly erred in relying on LCR 16(b)(2) and the Summary, and failing to note the Scheduling Order's divergence from the local rule. Thus, the motions were filed late in a good faith, but erroneous, belief that they were being timely filed.

**If Filed on June 19, the Motions Would Have Been Premature Because of Defendant's Delays in Responding to Discovery and Sitting for a Deposition.**

9. As detailed below, Defendant Kennedy delayed responding to document demands and interrogatories for six months, and delayed appearing for his deposition for several weeks.

10. On January 4, 2014, Plaintiff Amy served document demands and interrogatories.

Declaration of Jennifer Freeman in Support of Plaintiffs' Motion for Leave to Extend Time to File Their Motion to Compel   - 4

**LAW OFFICE OF JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA 98121
(206) 441-1980
(206) 441-5803 Fax

1    11.    On January 21, 2014, Defendant Kennedy sent a letter to Plaintiffs making his first offer of settlement. At the end of the letter, he asked that the parties agree to "temporarily" delay his compliance with his discovery obligations pending settlement discussions: "We have now received discovery requests on behalf of plaintiff Amy. Therefore, if you wish to discuss this matter further, we would ask that counsel for 'Amy' agree to at least temporarily extend the deadline to respond to this discovery to allow time for the parties to explore the possibility of settlement. Please advise."[1]

12.    Plaintiffs agreed to an extension of time until February 19, 2014 for Defendant Kennedy's discovery responses.

13.    On February 19, 2014, Defendant served boilerplate objections, and did not produce any documents or answer any interrogatories. Kennedy's Objections to Plaintiff's Document Request and Interrogatories are annexed as Exhibits C and D, respectively.

14.    By late March, with no settlement reached, Plaintiffs declined to delay discovery any longer.

---

[1] Plaintiff Amy has not attached this letter as an exhibit since it contains a settlement offer.

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel   - 5

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax

1   15.	On or about April 14, 2014, Plaintiff Amy served *subpoenae duces tecum* on Defendant's criminal defense counsel, Suzanne Elliott and Gilbert Levy respectively, seeking at least some of the documents which Kennedy had not produced.  A copy of those subpoenae are annexed as Exhibits E and F.

16.	On May 15, 2014, Ms. Elliott served a general objection to the subpoena and a Memorandum in support of objection to subpoena, but produced no documents.  A copy of her objection is attached as Exhibit G.

17.	On May 16, 2014, Mr. Levy served general objections to the subpoena, but produced no documents.  A copy of his objection is annexed as Exhibit H.

18.	As detailed in the accompanying Declaration of Carol Hepburn, on or about May 27, 2014, counsel for Vicky sought to depose Kennedy.  Kennedy repeatedly asked for and was granted postponements of his deposition, not appearing until June 27.

19.	On June 2, 2014, my partner Robert Y. Lewis and I sent a letter to defense counsel for Kennedy in both the civil and criminal cases, detailing deficiencies in their various objections and seeking production of documents, answers to interrogatories, and privilege logs.  A copy of that letter is attached as

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel   - 6

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax

1  Exhibit I.  We offered several dates for a "meet and confer" call to attempt to

2  resolve these issues, the last of which was June 9, the date chosen by Kennedy's

3  counsel.

4      20.   On June 9, 2014, counsel for Plaintiff Amy, Plaintiff Vicky,

5  Defendant Kennedy in the civil case (Kenneth Hart), and Defendant Kennedy in

6  the criminal case (Ms. Elliott, and Mr. Levy) participated in a Rule 27 "meet and

7  confer" teleconference.  Some but not all disputes were resolved.

8      21.   On June 20, 2014, Kennedy produced his first documents responsive

9  to the document demands, first answers to the interrogatories, and first specific,

10  non-boilerplate objections to the requests.  Plaintiffs found these responses to be

11  deficient and that point realized that we would need to move to compel.

12      22.   Plaintiffs filed their motions to compel on July 7, the last date on

13  which Plaintiffs thought motions to compel would be timely.

14      23.   Plaintiffs noted the motion for July 25, and to accommodate Ms.

15  Elliot, the motion was re-noted for August 15.

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel   - 7

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax

**The Requested Extension of Time to Note the Motion to Compel Will Not Delay the Case or Prejudice the Defendant**

24. No Scheduling Order deadlines have heretofore been adjourned or extended and the requested three-week extension of time will not cause any of the other deadlines in the scheduling order to be extended.[2]

25. The Scheduling Order provides for motions *in limine* to be filed by October 6, the pretrial order by October 20, and pretrial briefs, proposed jury instructions, etc. on October 27, and trial on November 3, 2014. The adjourned date of July 25 is more than two months before motions *in limine* are due and three-months before trial.

26. Kennedy has not alleged any prejudice to him from the filing of the motion to compel on July 7 rather than June 19, and I am not aware of any.

27. I am over the age of eighteen, am competent to testify in this matter, and make this Declaration upon personal knowledge. The facts recited herein are true and correct to the best of my knowledge under the laws of perjury of the State of Washington.

---

[2] On August 5, Plaintiffs filed a motion for summary judgment on the date set by the Scheduling Order for filing dispositive motions. Plaintiffs are not asking that a decision on that motion be delayed pending a decision on their motion to compel.

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel  - 8

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA 98121
(206) 441-1980
(206) 441-5803 Fax

1  WHEREFORE, Plaintiff Amy requests that this Court grant Plaintiffs' motion to
2  extend the time in which to move to compel to August 15, 2014.

3  Dated:  August 14, 2014

                                                    /s/
                                                    Jennifer Freeman

Declaration of Jennifer Freeman in Support of
Plaintiffs' Motion for Leave to Extend Time to
File Their Motion to Compel   - 9

**LAW OFFICE OF
JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax