HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| "Vicky",<br><br>　　　　　　Plaintiff,<br>　v.<br>Joshua Osmun Kennedy,<br><br>　　　　　　Defendant. | **CONSOLIDATED**<br><br>LEAD CASE NO. C13-17 RAJ<br><br>MEMBER CASE NO. C13-762 RAJ<br><br>CERTIFICATE OF SERVICE<br><br>**NOTE ON MOTION CALENDAR:**<br><br>AUGUST 15, 2014<br><br>WITHOUT ORAL ARGUMENT |

I hereby certify that on July 7, 2014, I electronically filed Plaintiffs' Motion to Compel Deposition Testimony or For Sanctions, Declaration of Carol L. Hepburn in Support of Plaintiff "Vicky's" Motion to Compel or for Sanctions and Proposed Order in Support of Plaintiff "Vicky's" Motion to Compel or for Sanctions with the Clerk of the Court using the CM/ECF system which then sent notification of such filings to the following: Kenneth W. Hart, James Lobsenz (counsel for Defendant Joshua Osmun

CERTIFICATE OF SERVICE IN SUPPORT
OF PLAINTIFF VICKY'S MOTION TO
COMPEL OR FOR SANCTIONS - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

Kennedy) and Jennifer Freeman, James Marsh and Jo-Hanna Read (counsel for Plaintiff "Amy").

I also certify that on July 8, 2014, I electronically filed the Amended Declaration of Carol L. Hepburn in Support of Plaintiff "Vicky's" Motion to Compel or For Sanctions with the Clerk of the Court using the CM/ECF system which then sent notification of such filing to the following:  Kenneth W. Hart, James Lobsenz (counsel for Defendant Joshua Osmun Kennedy) and Jennifer Freeman, James Marsh and Jo-Hanna Read (counsel for Plaintiff "Amy").

I further certify that on August 15, 2014, I electronically filed Plaintiff "Vicky's" LR37 Certification Regarding Motion to Compel Deposition Testimony of Joshua Osmun Kennedy or For Sanctions and Reply of Plaintiff Vicky in Support of Motion to Compel Deposition Testimony with the Clerk of the Court using the CM/ECF system which then sent notification of such filings to the following:  Kenneth W. Hart, James Lobsenz (counsel for Defendant Joshua Osmun Kennedy) and Jennifer Freeman, James Marsh and Jo-Hanna Read (counsel for Plaintiff "Amy").

Per LCR 5(f) it is necessary to make this Certificate of Service separate from the original pleadings as they were inadvertently filed originally on the dates indicated without certificates of service.

Finally, I further certify that on August 27, 2014, I electronically filed this Certificate of Service as to service of Plaintiffs' Motion to Compel Deposition Testimony or For Sanctions with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:  Kenneth W. Hart, James

CERTIFICATE OF SERVICE IN SUPPORT OF PLAINTIFF VICKY'S MOTION TO COMPEL OR FOR SANCTIONS - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  Lobsenz (counsel for Defendant Joshua Osmun Kennedy) and Jennifer Freeman,

2  James Marsh and Jo-Hanna Read (counsel for Plaintiff "Amy").

    DATED this 27th day of August, 2014 at Seattle, Washington.

                                    CAROL L. HEPBURN, P.S.

                                    /s/Michelle D. Sparks
                                  Paralegal for Carol L. Hepburn
                                  2722 Eastlake Avenue East, #200
                                  Seattle, WA  98102
                                  (206) 957-7272
                                  (206) 957-7273 fax
                                  Email:  carol@hepburnlaw.net
                                  Of attorneys for Plaintiff

CERTIFICATE OF SERVICE IN SUPPORT OF PLAINTIFF VICKY'S MOTION TO COMPEL OR FOR SANCTIONS - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273