HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20              UNITED STATES DISTRICT COURT
21             WESTERN DISTRICT OF WASHINGTON
22

| | |
|---|---|
| "Amy" and "Vicky", | CONSOLIDATED<br>LEAD CASE NO. C13-17 RAJ<br>MEMBER CASE NO. C13-762 RAJ |
| Plaintiffs, | |
| v. | **REPLY DECLARATION OF** |
| | **JENNIFER FREEMAN IN** |
| Joshua Osmun Kennedy, | **FURTHER SUPPORT OF** |
| | **PLAINTIFFS' MOTION FOR** |
| | **PARTIAL SUMMARY JUDGMENT** |
| Defendant. | **NOTE ON MOTION CALENDAR**:<br>August 29, 2014 |
| | WITHOUT ORAL ARGUMENT |

23

24        Jennifer Freeman, duly sworn, deposes and says,

25        1.        My Firm Freeman Lewis LLP, along with the Marsh Law Firm PLLC and the

26   Office of Jo-Hanna Read, represents Plaintiff Amy in this action seeking compensation and other

Reply Declaration of Jennifer Freeman in further support of
Plaintiffs' Motion for Partial Summary Judgment - 1
(C13-17 RAJ)

**LAW OFFICE OF**
**JO-HANNA READ**
2200 Sixth Ave., #1250
Seattle, WA  98121
(206) 441-1980
(206) 441-5803 Fax

1    relief from Defendant Joshua Osmun Kennedy for his possession and transportation of images of

2    her being sexually abused as a young girl pursuant to 18 U.S.C. §§ 2252A and 2255.

3            2.      I submit this Reply Declaration in further support of a motion for partial summary

4    judgment filed by Plaintiffs Amy and Vicky.

5            3.      Attached hereto as Exhibit 1 is a true and correct copy of an Order issued by the

6    United States Court of Appeal for the Ninth Circuit on July 22, 2014.

7            I declare that the foregoing is true and current under penalty of perjury of the laws of the

8    State of Washington.

9    Dated:  August 29, 2014

10                                                   /s/ Jennifer Freeman
11                                                   Jennifer Freeman
12
13

Reply Declaration of Jennifer Freeman in further support of
Plaintiffs' Motion for Partial Summary Judgment - 2
(C13-17 RAJ)
                                                                    **LAW OFFICE OF**
                                                                    **JO-HANNA READ**
                                                                    2200 Sixth Ave., #1250
                                                                    Seattle, WA  98121
                                                                    (206) 441-1980
                                                                    (206) 441-5803 Fax

1
2                              **CERTIFICATE OF SERVICE**

3   I certify that a true and correct copy of the foregoing Freeman Reply Declaration have been
4   served on counsel of record through the Court's CM/ECF filing system.
5
6
7   Dated: August 29, 2014                        /s/Jennifer Freeman__
8                                                 Jennifer Freeman
9

Reply Declaration of Jennifer Freeman in further support of
Plaintiffs' Motion for Partial Summary Judgment - 3
(C13-17 RAJ)
                                                          **LAW OFFICE OF**
                                                          **JO-HANNA READ**
                                                          2200 Sixth Ave., #1250
                                                          Seattle, WA  98121
                                                          (206) 441-1980
                                                          (206) 441-5803 Fax